UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-394-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) ORDER<br>) |
| BAHJET SHAHER AHMED DARI | )<br>) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the seal D.E. 846. After due consideration, for good cause shown, and for the reasons stated in the government's motion, the Court hereby GRANTS the government's motion and ORDERS that D.E. 846 be sealed.

So ORDERED, this **18** day of October, 2022.

JAMES C. DEVER III
United States District Judge